# EXHIBIT A

# Visit & Hospital Summary

The informa ion provided below is in he elec ronic medical record beginning June 30  2014   f here are errors  please con ac  your provider s office for  ha  visi  or hospi aliza ion

**WILLIAM CALHOUN**

## Visit Care Summaries

Download and share a care summary that includes important current in ormation as well as in ormation about the care provided in that visit

| | |
|---|---|
| **TEC Visit** | **Visit Date:** Jan 08  2021 |
| **TEC Visit** | **Visit Date:** Nov 09  2020 |
| **Single Visit OP** | **Visit Date:** Nov 09  2020 |
| **Recurring OP** | **Visit Date:** Oct 16  2020 |
| **TEC Visit** | **Visit Date:** Oct 01  2020 |
| **TEC Visit** | **Visit Date:** Oct 01  2020 |
| **Single Visit OP** | **Visit Date:** Oct 01  2020 |
| **TEC Visit** | **Visit Date:** Sep 29  2020 |
| **TEC Visit** | **Visit Date:** Sep 29  2020 |
| **TEC Visit** | **Visit Date:** Sep 17  2020 |
| **Single Visit OP** | **Visit Date:** Sep 17  2020 |
| **Single Visit OP** | **Visit Date:** Sep 03  2020 |
| **TEC Visit** | **Visit Date:** Aug 10  2020 |
| **TEC Visit** | **Visit Date:** Aug 10  2020 |
| **TEC Visit** | **Visit Date:** Aug 10  2020 |
| **TEC Visit** | **Visit Date:** Aug 06  2020 |
| **TEC Visit** | **Visit Date:** Aug 04  2020 |
| **Single Visit OP** | **Visit Date:** Aug 04  2020 |
| **TEC Visit** | **Visit Date:** Jul 16  2020 |
| **TEC Visit** | **Visit Date:** Jul 02  2020 |
| **TEC Visit** | **Visit Date:** Mar 02  2020 |

| | | |
|---|---|---|
| **Single Visit OP** | **Visit Date:** | Feb 25  2020 |
| **TEC Visit** | **Visit Date:** | Oct 24  2019 |
| **TEC Visit** | **Visit Date:** | Oct 02  2019 |

**CALHOUN JR, WILLIAM M**  Admin Sex: **Male**  DOB: **05/17/**▮

**Continuity of Care Document**
Summarization of Episode Note   11/9/2020 to 01/8/2021
Source: The Emory Clinic
Created: 03/1/2021

## Demographics

Contact Information:

▮

Tel: (404) ▮
Tel: (229) ▮
Mail ▮
Marital Status: Divorced
Religion: Christian Methodist Episcopal
Race: White

**Previous Name(s):**
Ethnic Group: Not Hispanic or Latino
Language: EN
ID: ▮

**Care Team**
No Data to Display

**Relationships**
No Data to Display

## Document Details

**Source Contact Info**
1365 Clifton Road, NE Atlanta, GA 30322  , US

**Author Contact Info**

**Recipient Contact Info**

**Healthcare Professionals**
No Data to Display

**IDs & Code Type Data**
Document Type ID: 2.16.840.1.113883.1.3 : POCD  HD000040
Document Template ID: 2.16.840.1.113883.10.20.22.1.1 :  , 2.16.840.1.113883.10.20.22.1.1 : 2015 08 01, 2.16.840.1.113883.10.20.22.1.2 : 2015 08 01
Document ID: 2.16.840.1.113883.3.701.003.999362 : 42622225
Document Type Code: 2.16.840.1.113883.6.1, 34133 9
Document Language Code: en  US
Document Set ID:
Document Version Number:

## Primary Encounter

**Encounter Information**
Registration Date: 11/9/2020
Discharge Date: 01/8/2021

Visit ID:

**Location Information**

The Emory Clinic

Work:1365 Clifton Road, NEAtlanta, GA 30322  , US

**Providers**

| Type | Name | Address | Phone |
| --- | --- | --- | --- |
| Attending | Cimmino, Cara B | Work:1365 Clifton RdAtlanta, GA 30322  , US | Work Tel: (404)778 4898 |

## Encounter

**TEC VISIT NBR 49697320 Date(s): 11/9/20 - 1/8/21**

The Emory Clinic 1365 Clifton Road, NE Atlanta, GA 30322   USA

Attending Physician: Cimmino, Cara B

### Reason for Visit

No data available for this section

### Allergies, Adverse Reactions, Alerts

No Known Medication Allergies

### Assessment and Plan

**Future Scheduled Tests**

Laboratory:

PSA 2/24/20

### Immunizations

No data available for this section

### Medications

No data available for this section

### Problem List

| Condition | Effective Dates | Status | Health Status | Informant |
|---|---|---|---|---|
| Hx of epididymitis(Confirmed) | | Active | | |
| HTN (hypertension) (Confirmed) | | Active | | |
| Erectile dysfunction(Confirmed) | | Active | | |
| Peyronie disease(Confirmed) | | Active | | |
| Lower urinary tract symptoms (LUTS) (Confirmed) | | Active | | |
| Prostate cancer(Confirmed) | | Active | | |

### Procedures

| Procedure | Date | Related Diagnosis | Body Site | Status |
|---|---|---|---|---|
| Prostate Needle/Catheter Placement Transperineal [1] | 10/1/20 | | | Completed |
| Prostate Needle/Catheter Placement Transperineal [2] | 9/17/20 | | | Completed |

| Procedure | Date | Related Diagnosis | Body Site | Status |
|---|---|---|---|---|
| Prostate Biopsy Needle/Punch [3] | 7/2/20 | | | Completed |
| Cataract | | | | Completed |
| Rhinoplasty | | | | Completed |

[1] auto populated from documented surgical case

[2] auto populated from documented surgical case

[3] auto populated from documented surgical case

## Results

No data available for this section

## Vital Signs

No data available for this section

## Social History

| Social History Type | Response |
|---|---|
| Smoking Status | Current every day smoker; Patient Has Smoked in Last 12 Months Yes [1] entered on: 10/2/19 |
| Birth Sex | |

[1] vape smoker

## Goals

No data available for this section

## Hospital Discharge Instructions

No data available for this section

## Reason for Referral

No data available for this section

## Health Concerns

No data available for this section

## Medical Equipment

No data available for this section

# Appointments

 Appointment details are currently displayed in your local time zone 

**We have recently updated how Emory BLUE Patient Portal appointments are displayed!**

This new display will allow you to add your scheduled appointment to an existing online calendar if applicable (i.e. outlook or google calendar), print a copy of your appointment detail, and access google maps to assist in planning your travel to your scheduled appointment.

Below is your list of scheduled appointments with the Emory BLUE Patient Portal.

**Please Note:** Appointment times for procedures or surgeries are estimated up to the day of your procedure/surgery. Your confirmed appointment and arrival times will be stated in your reminder phone call or text message leading up to your appointment.

## Monday, Apr 12, 2021

### ESTABLISHED 30

01:00 p.m. EDT

For **WILLIAM CALHOUN**
with **Patel, Pretesh R MD**
at  **Emory Winship Cancer Institute** — *http://maps.google.com/maps?q=1365 Clifton Rd NE Bldg C, Tunnel Atlanta, GA 30322*