IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | |
| ) | Case No. 1:21-CR-00116-DLF |
| ) | |
| WILLIAM MCCALL CALHOUN, JR. and ) | |
| VERDEN ANDREW NALLEY ) | |
| Defendants. ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

COMES NOW, the Defendant, VERDEN ANDREW NALLEY ("Mr. Nalley"), by and through undersigned counsel, together with AUSA Adam Alexander and co-defense counsel Jessica Sherman-Stoltz, and herby file this joint motion for additional time for the filing of pretrial motions.

1.

On February 12, 2021, Messrs. Nalley and Calhoun were indicted on charges alleging obstruction of an official proceeding, unlawful entry into the Capitol, and disruptive conduct in the Capitol. (Doc. 1). The charges stem from the events of January 6, 2021.

2.

On February 17, 2021, Mr. Nalley made his initial appearance in the Northern District of Georgia. On February 19, 2021, Mr. Nalley was released on

bond. Mr. Calhoun was detained in Georgia but, on March 10, 2021, ultimately released on bond conditions set in the District of Columbia. (Doc. 23).

3.

On April 26, 2021, Mr. Nalley was arraigned in the District of Columbia, via Zoom, and pled not guilty. The Court adopted the bond conditions set in the Northern District of Georgia. Mr. Calhoun was arraigned on March 1, 2021.

4.

On May 4, 2021, Mr. Nalley and his co-defendant Mr. Calhoun appeared, via Zoom, for a status conference before the Court. The Court set a deadline of June 10, 2021 for pretrial motions to be filed. The parties expected that, by that time, defense counsel would have received discovery and had time to review it and assess and file motions. *See* 5/4/21 Minute Entry. Briefing deadlines were also set based upon the initial motions deadline. *Id*.

5.

On May 10, 2021, Mr. Nalley filed a notice of his acceptance of the Protective Order entered in this matter which governs the handling of discovery. (Doc. 41).

6.

As of the date of this filing, the defendants have not yet received discovery in the case. Counsel has conferred with AUSA Adam Alexander, who indicated that he is working through the process for the production of discovery with the

Department of Justice. AUSA Alexander reports that DOJ is in the process of assembling discovery for each of the over 400 charged cases from the various agencies involved which is to be loaded into a document review database. This process is ongoing and currently incomplete. Accordingly, defense counsel has not yet had the opportunity to review Rule 16 discovery in this matter and consequently is filing this motion requesting additional time to receive it, review it, and to file motions.

7.

In consideration of the above, counsel request that the Court extend the filing deadline for pretrial motions through and including July 12, 2021.

8.

All parties have expressed their consent to join in this motion and request for an extension of time for pretrial motions.

WHEREFORE, the parties respectfully requests that the Court grant this joint motion and reset the filing deadline for pretrial motions to on or before July 12, 2021. A proposed Order is attached.

This 8th day of June, 2021.

*/s/ Thomas L. Hawker*
THOMAS L. HAWKER
GEORGIA BAR NO. 338670
ATTORNEY FOR VERDEN NALLEY
Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303
(404) 688-7530 Fax (404) 688-0768
Thomas_Hawker@fd.org

*/s/ Jessica N. Sherman-Stoltz*
JESSICA N. SHERMAN-STOLTZ, ESQ.
VIRGINIA STATE BAR NO. 90172
ATTORNEY FOR WILLIAM MCCALL CALHOUN, JR.
Sherman-Stoltz Law Group, PLLC.
P.O. Box 69, Gum Spring, VA 23065
(540) 760-7612 Fax (540) 572-4272
jessica@sslawgroupva.com

*/s/ Adam Alexander*
ADAM ALEXANDER
ALASKA BAR NO. 1011057
Assistant United States Attorney, Detailee
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Adam.Alexander@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been formatted in Book Antiqua 13 pt., and was filed by ECF this day with the Clerk of Court with a copy served by ECF notice upon counsel of record.

This 8th day of June 2021.

<u>*/s/ Thomas L. Hawker*</u>
THOMAS L. HAWKER
GEORGIA BAR NO. 338670