UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-116 (DLF) |
| : | |
| VERDEN ANDREW NALLEY, : | |
| : | |
| Defendant. : | |
| : | |

UNOPPOSED MOTION TO CONTINUE BRIEFING
SCHEDULE 30 DAYS

The United States, by and through the assigned Assistant United States Attorney, moves this court to continue the deadline for filing the government's opposition to the motions filed at ECF documents 51 and 52 for a period of 30 days, from Thursday August 26, 2021, to Thursday September 23, 2021. The parties are attempting to negotiate this matter, and the requested extension of the briefing deadline is intended to facilitate a potential resolution without jeopardizing the defendant's ability to litigate pre-trial matters should he elect instead to proceed to trial. Counsel for the defense does not oppose this motion, nor a finding of excludable delay by this Court in the interim pursuant to 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney
AK Bar No. 1011057
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I sent a copy of the foregoing via the Court's electronic filing system to Assistant Federal Defender Thomas Hawker, counsel for the defendant.

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney