UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-CR-00116 DLF |
| v. : | |
| : | |
| WILLIAM McCALL CALHOUN and : | |
| VERDEN ANDREW NALLEY : | |
| : | |
| Defendants. : | |

### UNITED STATES' FINAL UNOPPOSED MOTION TO EXTEND MOTION RESPONSE DEADLINE

The United States hereby moves this Court for a final extension of time to file its responses to the Defendant Nalley's Motion to Dismiss Count One of the Indictment (ECF 51) and Defendant Nalley's Motion to Suppress Statements (ECF 52), and in support of its motion states:

1. Defendant Nalley filed his motions on August 12, 2021. ECF 51 and 52.

2. On August 20, 2021, the United States filed an unopposed motion asking this Court to continue its response deadline for 30 days, or until September 23, 2021, while the parties attempted to negotiate a resolution to the case regarding Defendant Nalley. ECF 55. This Court granted the motion by way of minute entry on August 21, 2021.

3. Undersigned government's counsel took over the handling of this case matter and entered her appearance on September 7, 2021. ECF 58. That same day, this Court held a status conference and extended the government's response deadline to the Defendant's two motions until October 25, 2021. September 7, 2021 Minute Entry.

4. A status conference was held on October 5, 2021. At the conference, government's counsel explained that she had provided additional discovery to defendants and was seeking approval for a plea offer for Defendant Nalley. Despite a short delay, undersigned

1

counsel was able to extend a plea offer to Defendant Nalley on November 1, 2021. Defendant Nalley now has until November 19, 2021 to accept or reject the offer. Upon information and belief, it is highly likely that Defendant Nalley will find the plea offer acceptable, negating the need for additional briefing, as well as decisions from this Court related to his two motions. If Defendant Nalley accepts the plea offer, the parties will contact the Court for a plea hearing date which could include converting the current status conference set for December 2, 2021 to a plea hearing for Defendant Nalley.[1]

5. Counsel for the Defendant Nalley has been contacted and he does not oppose the relief requested in this motion.

WHEREFORE, the United States respectfully requests that the Court grant one final extension of time for the filing of its responses to Defendant Nalley's Motion to Dismiss Count One of the Indictment and Defendant Nalley's Motion to Suppress Statements until November 29, 2021.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/
JENNIFER M. ROZZONI
Assistant United States Attorney
NM Bar No. 14703
201 Third Street, NW, Suite 900
Albuquerque, NM 87102
505.350.6818
jennifer.m.rozzoni@usdoj.gov

---

[1] Presumably the December 2, 2021 setting will remain a status conference for Defendant Calhoun.