## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 21-116 DLF** |
| | : | |
| **Plaintiff,** | : | **VIOLATION:** |
| | : | |
| **v.** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| **VERDEN ANDREW NALLEY,** | : | **Building or Grounds)** |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

On or about January 6, 2021, in the District of Columbia, **VERDEN ANDREW NALLEY**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

Date: December 2, 2021

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    *s/ Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailee
201 3rd Street, Suite 900
Albuquerque, NM 87102
Tel. No. 505-350-6818
jennifer.m.rozzoni@usdoj.gov