IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VERDEN ANDREW NALLEY | CRIMINAL CASE NO.<br>1:21-CR-00116-DLF |

NOTICE OF FILING LETTERS OF SUPPORT

COMES NOW, the Defendant, VERDEN ANDREW NALLEY, by and through undersigned counsel and hereby files the attached letters of support for the Court's consideration in the above-styled action.

Dated: This 9th day of March, 2022.

Respectfully Submitted,

/s/ *Thomas L. Hawker*
THOMAS L. HAWKER
GEORGIA BAR NO. 338670
ATTORNEY FOR MR. NALLEY

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Thomas_Hawker@fd.org

March 8, 2022

To whom it may concern:

This letter is to verify than Andy Nalley worked as a subcontractor for ▇▇▇▇▇▇▇▇▇▇▇▇ for over 20 years. Mr. Nalley was a very good employee. He worked hard and was always on time. He has great character and was always kind and generous to his co-workers.

The company is now closed, but would highly recommend him to others.

Cordially,

▇▇▇▇▇▇▇

President ( former )



March 7, 2022

To Whom It May Concern,

My name is ▇▇▇▇▇▇▇ and I am writing today to offer a personal reference for Verden A Nalley. I have known Verden since 1991 and consider him to be one of my closest friends. We met through my husband who had worked with Verden for many years prior to our meeting.

In thirty one years I have know Verden to be honest, trustworthy, law abiding and one of the most loyal friends of my entire life. We have always been able to count on Verden in times of need no matter what the situation or time of day.

Verden is a hardworking person who puts his whole heart into whatever the job is at hand, whether its a construction job, rebuilding a classic car, or entertaining a crowd with one of his musical endeavors. He has always been dedicated to his family and friends and that is reflected by all the people who love and support him. I am proud to call Verden my friend and will continue to offer my support in any way possible.

Sincerely,

▇▇▇▇▇▇▇

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Filing Letters of Support has been formatted in Book Antiqua 13 pt., and was filed by ECF this day with the Clerk of Court with a copy served by ECF notice upon counsel of record as follows:

>Jennifer M. Rozzoni, Esq.
>Assistant United States Attorney

This 9th day of March 2022.

>*/s/ Thomas L. Hawker*
>THOMAS L. HAWKER
>GEORGIA BAR NO. 338670
>ATTORNEY FOR MR. NALLEY