UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-cr-116 (DLF) |
| VERDEN NALLEY, | |
| Defendant. | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibit which is incompatible with CM/ECF filing. The item is one digital videos that is Exhibit B to the government's Sentencing Memorandum. The government has no objection to the public release of these exhibits.

| Exhibit | Content | Length | Date/Time | Source |
|---|---|---|---|---|
| B | Excerpt of Capitol CCTV | :59 | 1/6/21 at 2:19 P.M. | Capitol Security Video |

This exhibit was provided to defense counsel and the Court via USAfx on March 9, 2022, though defense counsel had received the video in prior discovery disclosures.

1

2

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052


By:    */s/Jennifer M. Rozzoni*
          Jennifer M. Rozzoni
          NM Bar No. 14703
          Assistant United States Attorney
          201 Third Street, NW
          Albuquerque, NM 87102
          jennifer.m.rozzoni@usdoj.gov

2